## D'ANGELO DEVELOPMENT AND CONSTRUCTION CORPORATION *v.* STEVEN P. CORDOVANO ET AL.

## SHARP COMPANY HOMES, INC. *v.* SARAH M. CORDOVANO ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 121 Conn. App. 165 (AC 30151), is denied.

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

*Brendan J. O'Rourke*, in support of the petition.

*Richard E. Castiglioni* and *Jonathan J. Kelson*, in opposition.

Decided July 8, 2010